UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Wayne R. Smith

Plaintiff(s),

v.

Oneida County Jail; Robert Maciol Correctional Officers Pelton, John Doe #1; John Doe #2; John Doe #3

Defendant(s).

**COMPLAINT**
(Pro Se Prisoner)

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN - 6 2024
AT____ O'CLOCK
John M. Domurad, Clerk - Syracuse

**Case No.** _____
(Assigned by Clerk's Office upon filing)

**Jury Demand**
☒ Yes
☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's social security number, taxpayer identification number, or birth date; the name of a person known to be a minor; or a financial account number. A filing may include *only*: the last four digits of a social security number or taxpayer-identification number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. *See* Fed. R. Civ. P. 5.2.

---

I.  **LEGAL BASIS FOR COMPLAINT**

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)
☐ *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)
☐ Other (please specify) _____

## II. PLAINTIFF(S) INFORMATION

Name: Wayne R. Smith
Prisoner ID #: 15082
Place of detention: Oneida County Jail
Address: 6075 Judd Rd
Oriskany NY 13424

Indicate your confinement status when the alleged wrongdoing occurred:
- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Immigration detainee

Provide any other names by which you are or have been known and any other identification numbers associated with prior periods of incarceration:

_____

If there are additional plaintiffs, each person must provide all of the information requested in this section and must sign the complaint; additional sheets of paper may be used and attached to this complaint.

## III. DEFENDANT(S) INFORMATION

Defendant No. 1: Oneida County Jail
Name (Last, First)

Oneida County Correctional Facility
Job Title

6075 Judd Rd
Work Address

Oriskany    NY    13424
City         State      Zip Code

Defendant No. 2: "Sheriff" Maciol, Robert
Name (Last, First)

Sheriff of Oneida County
Job Title

Work Address _Oneida County Sheriff Department_
_6075 Judd Rd_

City _Oriskany_   State _N.Y._   Zip Code _13424_

Defendant No. 3: _Paternoster_
Name (Last, First)

Job Title _SGT Correctional OFFICER_
Work Address _Oneida County Sheriff Department_
_6075 Judd Rd_

City _Oriskany_   State _NY_   Zip Code _13424_

Defendant No. 4: _Pelton_
Name (Last, First)

Job Title _Correctional OFFICER_
Work Address _Oneida County Sheriff Department_
_6075 Judd Rd_

City _Oriskany_   State _NY_   Zip Code _13424_

If there are additional defendants, the information requested in this section must be provided for each person; additional sheets of paper may be used and attached to this complaint.

## IV.   STATEMENT OF FACTS

State briefly and concisely the facts supporting your claims. Describe the events in the order they happened. Your statement of facts should include the following:

- The date(s) on which the events occurred
- Where these events took place (identify the facility and, if relevant, the specific location in the facility)

3

- How each defendant was involved in the conduct you are complaining about

If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary.

I was brought into the custody of the Oneida County Jail early AM of April 6th 2024 after being Sedated and Released from the Hospital. Upon entry I was taken into a hold tank where I was thrown to the ground and severly beaten by the Correction Officers on Duty. More officers will be named upon inspection of Duty logs and body cams. As I was being beating I was being told it was because I stabbed a cop in the face, which I didn't do. I was then put into a strip cell and not allowed food or medical attention until Monday April 8th 2024. The whole time telling me I refused all food trays and medical, when I didn't. (See Attached pages)

V. **STATEMENT OF CLAIM(S)**

State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is

After I was beaten and humiliated, there were several CO's who were trying to get C.O. Webb to go into my cell and beat me some more. I have been put on SAI status since the assault and even on Restraints. They on several occasions turned away my visits.

There was a CO Dem,co who was also some how involved. I suffered abrasions and cuts to my head and face. I suffered abrasion to my knee's. I was kicked in the groin so hard I had blood in my urine for 2 weeks. That was CO. Pelton who kicked me and stomped on my legs. CO Pelton later harrassed me in the POD I'm housed in and asked another Inmate to spit in my water.

A witness to my incident is a Correction Officer named Webb.

asserted. Commonly asserted claims include: excessive force; failure to protect; deliberate indifference to medical needs; unconstitutional conditions of confinement; denial of due process in a disciplinary or other proceeding; denial of equal protection; retaliation for the exercise of a First Amendment right; and interference with free exercise of religion. Legal argument and case citations are not required. Use additional sheets of paper if necessary.

### FIRST CLAIM

The right to be Free from cruel and unusual Punishment

### SECOND CLAIM

Unconstitutional conditions of confinement

### THIRD CLAIM

Denial of Equal Protection

## VI. RELIEF REQUESTED

State briefly what relief you are seeking in this case.

I am seeking $1,000,000 for the pain and suffering of the ASSAULT

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 3

Plaintiff's signature
(All plaintiffs must sign the complaint)

(revised 10/2/16)

5

Wayne R. Smith #15082
Oneida County Jail
6075 Judd Rd
Oriskany, N.Y. 13424

ONEIDA COUNTY JAIL
INMATE MAIL

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
JUN 06 2024
RECEIVED

United States District Court
Federal Building P.O. Box 7367
100 South Clinton St
Syracuse N.Y. 13261-7367