UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____
Wayne R Smith         Plaintiff(s)    )
                                      )      Civil Case No.: 9:24-cv-00749-
         vs.                          )                       MAD-MJK
                                      )      CIVIL
                                      )      RIGHTS
                                      )      COMPLAINT
         Defendant(s)                 )      PURSUANT TO
_____          42 U.S.C. § 1983

Plaintiff(s) demand(s) a trial by:  ☒ JURY    ☐ COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Wayne R. Smith #15082
   Address: Oneida County Jail
   6075 Judd Rd
   Oriskany NY 13424

   Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: Oneida County
      Official Position: County of Oneida
      Address: Oneida County Office Building
      800 Park Ave
      Utica NY 13501

b. Defendant: TYLER PELTON
Official Position: Correctional OFFICER
Address: Rome Police Department
301 N. James St.
Rome N.Y. 13440

c. Defendant: John Doe
Official Position: Correctional OFFICER
Address: Oneida County Jail
6075 Judd Rd.
Oriskany, NY 13424

Additional Defendants may be added on a separate sheet of paper. (See Attached)

4. **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

On April 6, 2024 I was brought to the Oneida County Jail on assault charges. Upon entering the Booking Department I was verbally abused as to why I was brought into custody. I was falsely accused and ridiculed by the above mentioned Correctional Officer's to the point where they worked themselves up to start to be aggresive towards me.

- How each defendant was involved in the conduct you are complaining about

If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary.

I was heavily sedated from my previous stop at the Emergency Room @ WYNN Hospital where I was brought by Whitesboro Police. Upon entering a hold cell I was asked to undress. I was haveing trouble walking and asked for assistance. I was then thrown onto the ground and physically abused, beaten, and kicked in thee groin by Tyler Relton. (C.O. @ the time) I was till I lost consciousness. While unconscience I was brought to and put into what they call a strip cell where I was held for several Days. For the First 3 days I was not Fed or provided with fresh water or medically attended to.

V. **STATEMENT OF CLAIM(S)** [See Attached]

State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is

4

IV. (Continued)

After several days I was finally given clothes and put into SAI status which is what they call the box and was not allowed the priveledges of a General Population Inmate. Every other day I was locked in my cell for 26 hrs straight. My visitors were turned away. I didn't break any facility rules to be placed in such an environment.

I cannot recall all the officers names as I was sedated and most of my attackers were behind me. I would need access to the log of who was involved and the video footage of the incident (body cams, Booking cameras)

I have been continuesly denied the grievance process in this matter and others. The County of Oneida employs the individuals who assaulted and are responsible for the Correctional Officers training and any and all behavior the C.O.'s demonstrate.

5.                    **CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

**FIRST CAUSE OF ACTION**

Cruel & unusual Punishment

**SECOND CAUSE OF ACTION**

failure to protect

**THIRD CAUSE OF ACTION**

6. **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

I am seeking $1,000,000 for the physical and menal abuse. I am seeking this amount because of the ongoing nightmares I have from the assault

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 7/25/24

Wayne R. Smith
W-S
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010